UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STERLING INSURANCE AGENCY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  4:26-CV-00282-JAR |
| | ) | |
| NEIL PULLUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS UPDATE IN RESPONSE
TO THE COURT'S JUNE 15, 2026 ORDER (DOC. 22)**

The parties, by and through their respective counsel, submit the following status update in response to the Court's June 15, 2026 Order (Doc. 22).

The parties jointly submitted on July 15, 2026, a proposed confidentiality and protective order to govern the exchange of information during discovery.

Counsel for the parties conferred by telephone to further discuss scheduling a mediation and to discuss a protocol for forensic examinations of Defendants' devices and systems.  The parties agreed to continue conferring on the protocol which will require further information from Defendants' forthcoming discovery responses, the scope of the requested examinations, and the timing in conjunction with scheduling mediation.

The parties agree that if they are unable to reach an agreement on the above-referenced topics then they will reach out to the Court for additional intervention.

The parties propose that they provide the Court an additional status update in 30 days to report on the status of their ongoing efforts.

ARMSTRONG TEASDALE LLP

By:   /s/ *Kevin W. Prewitt*
     Kevin W. Prewitt, #66161
     John H. Chassaing, #68712
     2345 Grand Boulevard, Suite 1500
     Kansas City, Missouri 64108-2617
     816.221.3420 / FAX 816.221.0786
     kprewitt@atllp.com
     jchassaing@atllp.com

     ATTORNEYS FOR PLAINTIFF

LAW OFFICE OF WENDELL L. HOSKINS, II

By:   /s/ *Wendell L. Hoskins*
     Wendell L. Hoskins, II, #44671
     404 Ward Avenue
     P.O. Box 1115
     Caruthersville, Missouri 63830
     573.333.2600 / FAX 573.333.2041
     wendell@wendellhoskins.com

     ATTORNEY FOR DEFENDANTS