UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STERLING INSURANCE AGENCY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:26-CV-00282-JAR |
| | ) | |
| NEIL PULLUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS UPDATE IN RESPONSE**
**TO THE COURT'S JULY 15, 2026 ORDER (DOC. 28)**

The parties, by and through their respective counsel, submit the following status update in response to the Court's July 15, 2026 Order (Doc. 28).

Following the last status update, Defendants identified devices in response to written discovery. Plaintiff submitted a proposed protocol for forensic examination of those devices. The parties have scheduled mediation to occur on September 2, 2026. Thus, Plaintiff has agreed to delay the examinations until after the mediation, and to occur as necessary.

Plaintiff proposed that the parties reach an agreement on the protocol by August 28, 2026, and if they cannot do so, Plaintiff will reach out to the Court to request a teleconference.

Defendants are currently reviewing the proposed protocol and Plaintiff's proposal.

As such, the parties will either reach an agreement on a protocol, or notify the Court of the remaining disputes by September 3, 2026.

ARMSTRONG TEASDALE LLP

By: /s/ *Kevin W. Prewitt*
Kevin W. Prewitt, #66161
John H. Chassaing, #68712
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420 / FAX 816.221.0786
kprewitt@atllp.com
jchassaing@atllp.com

ATTORNEYS FOR PLAINTIFF

LAW OFFICE OF WENDELL L. HOSKINS, II

By: /s/ *Wendell L. Hoskins*
Wendell L. Hoskins, II, #44671
404 Ward Avenue
P.O. Box 1115
Caruthersville, Missouri 63830
573.333.2600 / FAX 573.333.2041
wendell@wendellhoskins.com

ATTORNEY FOR DEFENDANTS