UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STERLING INSURANCE AGENCY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:26-CV-00282-JAR |
| | ) | |
| NEIL PULLUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT SUPPLEMNTAL STATUS UPDATE IN RESPONSE**
**TO THE COURT'S JULY 15, 2026 ORDER (DOC. 28)**

The parties, by and through their respective counsel, submit the following status supplemental update in response to the Court's July 15, 2026 Order (Doc. 28) and the parties' Joint Status Update dated August 13, 2026 (Doc. 29).

On September 2, 2026, Defendants served objections to Plaintiff's proposed protocol for forensic examination. Plaintiff's forensic investigator is out of office through September 11, 2026. Because Defendants' objections are to the proposed methodology, Plaintiff will need to confer with its forensic investigator before further responding. The parties are also conferring about other written discovery issues.

Accordingly, the Parties will submit an update on September 25, 2026, as to all pending discovery disputes.

ARMSTRONG TEASDALE LLP

By: /s/ *Kevin W. Prewitt*
Kevin W. Prewitt, #66161
John H. Chassaing, #68712
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420 / FAX 816.221.0786
kprewitt@atllp.com
jchassaing@atllp.com
ATTORNEYS FOR PLAINTIFF

LAW OFFICE OF WENDELL L. HOSKINS, II

By: *Wendell L. Hoskins II*
Wendell L. Hoskins, II, #44671
404 Ward Avenue
P.O. Box 1115
Caruthersville, Missouri 63830
573.333.2600 / FAX 573.333.2041
wendell@wendellhoskins.com

ATTORNEY FOR DEFENDANTS